IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESSENTIA INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-583 |
| | : | |
| v. | : | |
| | : | |
| SAMANTHA BORNEMAN, | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 24th day of August, 2015, after considering the motion for judgment on the pleadings filed by the plaintiff, Essentia Insurance Company (Doc. No. 14), and the memorandum of law in response to the motion filed by the defendant, Samantha Borneman (Doc. No. 15); and after reviewing the allegations in the complaint (Doc. No. 1), and the exhibits attached thereto; and after hearing argument from the parties; and for the reasons set forth in the accompanying memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. The plaintiff's motion for a judgment on the pleadings is **GRANTED**;

2. The plaintiff's request for declaratory relief is **GRANTED**, and the court **DECLARES** that the plaintiff is under no legal obligation to provide underinsured motorists coverage to the defendant under Essentia Insurance Company Policy No. 1N64142 for the injuries she sustained in the motor vehicle accident on September 30, 2014; and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.